# United States Bankruptcy Court

## DISTRICT OF MINNESOTA

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re _____     Case No. ___01-34638_____
                    Debtor                                          (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A  - Real Property | YES | 1 | $         535,000.00 | | |
| B  - Personal Property | YES | 4 | $         403,165.26 | | |
| C  - Property Claimed As Exempt | YES | 1 | | | |
| D  - Creditors Holding Secured Claims | YES | 8 | | $       8,953,634.00 | |
| E  - Creditors Holding Unsecured Priority Claims | YES | 1 | | $               0.00 | |
| F  - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $       1,985,180.00 | |
| G  - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  - Codebtors | YES | 1 | | | |
| I  - Current Income of Individual Debtor(s) | YES | 1 | | | $        13,007.00 |
| J  - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $         9,352.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 27 | | | |
| Total Assets ▶ | | | 938,165.26 | | |
| Total Liabilities ▶ | | | | 10,938,814.00 | |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc.--ver. 3.1.0-534 - 30593

In re   FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA      Case No.    01-34638

Debtor                                                   (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| HOMESTEAD LOCATED AT 1700 MARY LANE, NO MANKATO, MN LEGALLY DESCRIBED AS: SEE ATTACHMENT | | J | 535,000.00 | 418,250.00 |
| | | Total ▶ | 535,000.00 | |

**(Report also on Summary of Schedules)**

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

FRANK LOUIS GAZZOLA
SHIRLEY ANN GAZZOLA

ATTACHMENT TO SCHEDULES A AND C


LEGAL DESCRIPTION OF HOMESTEAD:

LOTS ELEVEN (11) AND TWELVE (12), SUBDIVISION OF BLOCK FOUR (4) OF
HODAPP'S ADDITION, NORTH MANKATO, MINNESOTA, ACCORDING TO THE
PLAN THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY
RECORDER WITHIN AND FOR NICOLLET COUNTY, MINNESOTA.

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re ————————————————————————
                    Debtor

Case No. ——————— 01-34638

(if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | CASH ON HAND | J | 375.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | NORTHERN STAR BANK CHECKING ACCOUNT 0110000155 | H | 663.50 |
| | | NORTHERN STAR BANK CHECKING ACCOUNT 0110000163 | W | 159.15 |
| | | TCF CHECKING ACCOUNT 7851987914 | H | 25.00 |
| | | NORTHERN STAR BANK  GAZZOLA & CO CHECKING ACCOUNT 120000104 | J | 80.43 |
| | | US BANK - GAZZOLA & CO. CHECKING ACCOUNT 144510598531 | J | 375.56 |
| | | WELLS FARGO CHECKING ACCOUNT 201-5136203 | W | 22.62 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Bankruptcy2000 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

01-34638

In re _____     Case No. _____
Debtor                                                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS/FURNISHINGS | J | 5,000.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS/COLLECTIONS | J | 850.00 |
| 6.   Wearing apparel. | | WEARING APPAREL | J | 1,000.00 |
| 7.   Furs and jewelry. | | TWO WATCHES - $500.00; WEDDING RINGS $1,000.00 | J | 1,500.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | GOLF CLUBS | H | 350.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | PRUDENTIAL LIFE INSURANCE POLICY V0314273 - GROUP TERM | H | 1,730.00 |
| | | DEPT OF VETERANS AFFAIRS LIFE INSURANCE POLICY WITH A LOAN OF $6,410.00 | H | 8,000.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | IRA AT SCHWAB - ACCOUNT NO. 3597-9379 | H | 9,600.00 |
| | | CATALYTIC COMBUSTION 401(k) | H | 34,884.00 |
| 12.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | MANKATO GOLF CLUB MEMBERSHIP | H | 250.00 |
| | | SEE STATEMENT OF FINANCIAL AFFAIRS FOR TRANSFERS OF STOCK AND OTHER INTERESTS | | 0.00 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA        01-34638

In re ———————————————————————    Case No. ———————————

       Debtor                                (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | | 200 SHARES FRANK L. GAZZOLA, LTD. | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | BRIDGE LENDERS, LLC $100,000.00 NOTE DATED MAY 22, 2001 | H | 100,000.00 |
| | | RANDY & KATHLEENLEONHARDT NOTE AND MORTGAGE | H | 227,800.00 |
| | | LOAN TO PAT FREDERICKS AND MARY JANE ALM - MAY 6, 1994. MAY BE BANNED BY STATUTE OF LIMITATIONS | | 10,000.00 |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

01-34638

In re _____        Case No. _____
                      Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | BABE RUTH AUTOGRAPH (VALUE A GUESS, NEVER HAS BEEN APPRAISED) | H | 500.00 |

___0___ continuation sheets attached

Total ▶ $ 403,165.26

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re ———————————————————————————— Case No. ——————01-34638——————

Debtor                                                                (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| HOMESTEAD LOCATED AT 1700 MARY LANE, NO MANKATO, MN LEGALLY DESCRIBED AS:  SEE ATTACHMENT | (Husb)M.S.A. § 510.01 (Wife)M.S.A. § 510.01 | 58,900.00 58,900.00 | 535,000.00 |
| HOUSEHOLD GOODS/FURNISHINGS | (Husb)MS § 550.37(4)(b) (Wife)MS § 550.37(4)(b) | 2,500.00 2,500.00 | 5,000.00 |
| BOOKS/COLLECTIONS | (Husb)MS § 550.37(4)(b) (Wife)MS § 550.37(4)(b) | 425.00 425.00 | 850.00 |
| WEARING APPAREL | (Husb)MS § 550.37(4)(a) (Wife)MS § 550.37(4)(a) | 500.00 500.00 | 1,000.00 |
| PRUDENTIAL LIFE INSURANCE POLICY V0314273 - GROUP TERM | (Husb)MS § 550.37(24) | 1,730.00 | 1,730.00 |
| DEPT OF VETERANS AFFAIRS LIFE INSURANCE POLICY WITH A LOAN OF $6,410.00 | (Husb)MS § 550.37(24) | 5,470.00 | 8,000.00 |
| IRA AT SCHWAB - ACCOUNT NO. 3597-9379 | (Husb)MS § 550.37(24) | 9,600.00 | 9,600.00 |
| CATALYTIC COMBUSTION 401(k) | (Husb)MS § 550.37(24) | 34,884.00 | 34,884.00 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-534  -  30593

FRANK LOUIS GAZZOLA
SHIRLEY ANN GAZZOLA

ATTACHMENT TO SCHEDULES A AND C


LEGAL DESCRIPTION OF HOMESTEAD:

LOTS ELEVEN (11) AND TWELVE (12), SUBDIVISION OF BLOCK FOUR (4) OF
HODAPP'S ADDITION, NORTH MANKATO, MINNESOTA, ACCORDING TO THE
PLAN THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY
RECORDER WITHIN AND FOR NICOLLET COUNTY, MINNESOTA.

## SUPPLEMENT TO SCHEDULE D

On the following pages of Schedule D, Debtors have listed the value of the collateral as $0.00. Debtors cannot accurately determine the value of the assets which comprise the collateral. Below is a description of the collateral securing some of the Schedule D creditors. Most of the assets listed below are not included on Schedule B since they have been transferred as part of the "Ferguson/Baker" settlement in July, 2001.

| Stocks | Shares |
|---|---|
| Catalytic Combustion Corporation | 1,840.8 |
| DMC Stratex Networks | 51,000 |
| Frank L. Gazzola, Chartered | 200 |
| Northern Star Financial, Inc. | 32,700 |
| Phenix Biocomposites, Inc. | 18,936 |
| Phenix Biocomposites, LLC | 104,029.71 |
| Phenix Composites, Inc. | 35,117 |

| Other | |
|---|---|
| PBL Investments LLP | 10% |
| Phenix Biocomposites, LLC-Debentures | $ 470,000 |
| Phenix Biocomposites, LLC-Notes Receivable | $ 500,000 |

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

01-34638

In re _____  Case No. _____

Debtor                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BORG WANDA OTTEN <br> 6145 WOODSIDE SE <br> SALEM OR 97306 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $       0.00 | | | | 148,000.00 | 148,000.00 |
| ACCOUNT NO. <br><br> CUOMO JOSEPH <br> 4 GLADYS DRIVE <br> SPRING VALLEY NY 10977 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $       0.00 | | | | 75,000.00 | 75,000.00 |
| ACCOUNT NO. <br><br> CUOMO NICHOLAS & EILEEN <br> 935 GLENWOOD <br> WEST HEMPSTEAD NY 11552 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $       0.00 | | | | 120,000.00 | 120,000.00 |
| ACCOUNT NO. <br><br> CUOMO OLGA & PAT <br> 935 CLEVELAND <br> WEST HEMPSTEAD NY 11552 | | | Security: PLEDGE AGREEMENT <br><br><br> Value $       0.00 | | | | 100,000.00 | 100,000.00 |

7
Continuation sheets attached

Subtotal ▶   | $     443,000.00
(Total of this page)

Total ▶   | $
(Use only on last page)

(Report total also on Summary of Schedules)

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GRENHAGEN MARGARET<br>6721 - 17TH AVENUE SO<br>RICHFIELD MN 55423 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $        0.00 | | | | 19,500.00 | 19,500.00 |
| ACCOUNT NO.<br><br>HALL SHIRLEY<br>64 WALDEN<br>BURNSVILLE MN 55337 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $        0.00 | | | | 609,550.00 | 609,550.00 |
| ACCOUNT NO.<br><br>HERBST CLARENCE & ELDRED<br>PO BOX 244<br>LAKE CRYSTAL MN 56055 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $        0.00 | | | | 250,000.00 | 250,000.00 |
| ACCOUNT NO.<br><br>HINES NANCY & DAVID<br>629 NO OAK PARK AVE<br>OAK PARK IL 60302 | | | Security: SEE ATTACHED<br><br><br>Value $        0.00 | | | | 513,000.00 | 513,000.00 |
| ACCOUNT NO.<br><br>HODAPP LEONE<br>420 EAST MAIN<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $        0.00 | | | | 21,130.00 | 21,130.00 |

Subtotal ▶ (Total of this page)    $   1,413,180.00

Total ▶ (Use only on last page)    $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA    Case No. 01-34638
_____              _____
Debtor                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOLTZ JOYCE ON BEHALF OF D'ANTONI FAMILY TRUST<br>38 CREE POINT DRIVE<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br><br><br>Value $          0.00 | | | | 475,700.00 | 475,700.00 |
| ACCOUNT NO.<br><br>JANZEN JOAN<br>112968 STONE CREEK DRIVE<br>CHASKA MN 55318 | | | Security: PLEDGE AGREEMENT<br><br><br><br>Value $          0.00 | | | | 24,600.00 | 24,600.00 |
| ACCOUNT NO.<br><br>JULIAR DARRELL & JUNE<br>59860 - 172ND STREET<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br><br><br>Value $          0.00 | | | | 182,000.00 | 182,000.00 |
| ACCOUNT NO.<br><br>KSA ARCHITECTS 401(k) TRUST<br>526 SO 2ND<br>MANKATO MN 56001 | | | Security: 373.334 SHARES OF CATALYTIC COMBUSTIUON CORP., LIFE INSURANCE DEATH BENEFIT ASSIGNED IN THE AMOUNT OF $500,000.00<br>LIFE INSURANCE DEATH BENEFIT ASSIGNED TO KSA $500,000.00<br><br>Value $          0.00 | | | | 909,827.00 | 909,827.00 |
| ACCOUNT NO.<br><br>LARSON MEL & JOYCE<br>PO BOX 245<br>UPSALA MN 56384 | | | Security: PLEDGE AGREEMENT<br><br><br><br>Value $          0.00 | | | | 132,250.00 | 132,250.00 |

Sheet no. 2 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 1,724,377.00
(Total of this page)

Total ▶ $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

In re  FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LUNDHAGEN ERIC & KENDRA<br>1004 OAK TERRACE<br>NO MANKATO MN 56003 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $          0.00 | | | | 12,600.00 | 12,600.00 |
| ACCOUNT NO.<br><br>MAIERS DOROTHY<br>325 PAGE AVENUE NO<br>NO MANKATO MN 56003 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $          0.00 | | | | 10,000.00 | 10,000.00 |
| ACCOUNT NO.<br><br>MEISEL BURTON & PATT<br>105 WEST GLENCREST<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $          0.00 | | | | 31,900.00 | 31,900.00 |
| ACCOUNT NO.<br><br>MERKERT KARIN<br>3229 LESLIE<br>COLORADO SPRINGS CO 80909 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $          0.00 | | | | 83,000.00 | 83,000.00 |
| ACCOUNT NO.<br><br>MICHEL MARY FAITH<br>3296 HWY 201 SOUTH<br>MOUNTAIN HOME AR 72653 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $          0.00 | | | | 45,700.00 | 45,700.00 |

Sheet no. _3_ of _7_ sheets attached to Schedule of Creditors

Subtotal ▶ (Total of this page)   $  183,200.00

Total ▶ (Use only on last page)   $

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

In re <u>FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA</u>        Case No. <u>01-34638</u>
            Debtor                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MIDDLETON MARCIA & DON<br>21109 VIRGINIA PINE TERRACE<br>GERMANTOWN MD 20876 | | | Security: PLEDGE AGREEMENT<br><br>Value $        0.00 | | | | 374,200.00 | 374,200.00 |
| ACCOUNT NO.<br><br>MILLER JOAN<br>ROUTE 1, BOX 129<br>LE SUEUR MN 56058 | | | Security: PLEDGE AGREEMENT<br><br>Value $        0.00 | | | | 208,540.00 | 208,540.00 |
| ACCOUNT NO.<br><br>MILLER WILLIAM & MARY<br>ROUTE 1, BOX 499<br>MADISON LAKE MN 56063 | | | Security: PLEDGE AGREEMENT<br><br>Value $        0.00 | | | | 152,600.00 | 152,600.00 |
| ACCOUNT NO.<br><br>NOLAN PETER & MARY<br>141 WEST GLENCREST<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br>Value $        0.00 | | | | 82,400.00 | 82,400.00 |
| ACCOUNT NO.<br><br>NORGAARD LOREN & DIANE<br>451 LAKE AVE SO<br>SPICER MN 56288 | | | Security: BABE RUTH AUTOGRAPH - SECURITY AGREEMENT - SEE ATTACHED<br><br>Value $        0.00 | | | | 526,000.00 | 526,000.00 |

Sheet no. <u>4</u> of <u>7</u> sheets attached to Schedule of Creditors

Subtotal ▶   (Total of this page)        $   1,343,740.00

Total ▶   (Use only on last page)        $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

In re   FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Case No.   01-34638

Debtor                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 22990881 NORTHERN STAR BANK 1650 MADISON AVENUE MANKATO MN 56001 | | J | Security: HOMESTEAD LOCATED AT 1700 MARY LANE, NO MANKATO, MN  LEGALLY DESCRIBED AS:  IN NICOLLET COUNTY, MINNESOTA  Value $   535,000.00 | | | | 20,250.00 | 0.00 |
| ACCOUNT NO. 22990732 NORTHERN STAR BANK 1650 MADISON AVENUE MANKATO MN 56001 | | | Security: 51000 SHARES DMC STRATEX, 32700 SHARES OF NORTHERN STAR FINANCIAL, 1467-466 SHARES OF CATALYTIC COMBUSTION CORP  Value $   0.00 | | | | 750,000.00 | 750,000.00 |
| ACCOUNT NO. 22990731 NORTHERN STAR BANK 1650 MAIDSON AVE MANKATO MN 56001 | | | Security: SEE LOAN 22990732  Value $   0.00 | | | | 475,000.00 | 475,000.00 |
| ACCOUNT NO. PEIL HOWARD & VIRGINIA 22822 - 214TH WAY QUEEN CREEK AZ 85242 | | | Security: PLEDGE AGREEMENT  Value $   0.00 | | | | 64,200.00 | 64,200.00 |
| ACCOUNT NO. REEMER DONALD 605 PARK AVENUE MOUNTAIN HOME AR 72653 | | | Security: PLEDGE AGREEMENT  Value $   0.00 | | | | 93,440.00 | 93,440.00 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors

Subtotal ▸    $   1,402,890.00
(Total of this page)

Total ▸    $
(Use only on last page)

(Report total also on Summary of Schedules)

In re __FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA__    Case No. __01-34638__
                          Debtor                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REEMER WILLIAM<br>106 NO. BLACKEAGLE DRIVE<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br>Value $ 0.00 | | | | 58,350.00 | 58,350.00 |
| ACCOUNT NO.<br><br>RICHARDS THOMAS<br>C/O JONES METAL PROD<br>3201 - 3RD AVENUE<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br>Value $ 0.00 | | | | 424,175.00 | 424,175.00 |
| ACCOUNT NO.<br><br>RIVARD DICK<br>3589 KAHALA BAY LANE<br>LAS VEGAS NV 89147 | | | Security: PLEDGE AGREEMENT<br><br>Value $ 0.00 | | | | 118,200.00 | 118,200.00 |
| ACCOUNT NO.<br><br>ROBINSON TERRY & CONNIE<br>PO BOX 1215<br>MANKATO MN 56002 | | | Security: PLEDGE AGREEMENT<br><br>Value $ 0.00 | | | | 24,040.00 | 24,040.00 |
| ACCOUNT NO.<br><br>SANFORD RAY & DOROTHY<br>27 RIDGEWOOD<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT - 1995<br><br>Value $ 0.00 | | | | 1,268,070.00 | 1,268,070.00 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors

Subtotal ▶ (Total of this page)    $ 1,892,835.00

Total ▶ (Use only on last page)    $

(Report total also on Summary of Schedules)

In re  **FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA**　　　　Case No. ___01-34638___

　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SHUPANITZ JOANNE<br>499 SOUTH OAK DRIVE<br>ANAMOSA IA 52205 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $　　　　　0.00 | | | | 69,210.00 | 69,210.00 |
| ACCOUNT NO.<br><br>STEWART ALAN<br>494 ESTADO WAY<br>NOVATO CA 94945 | | | Security: PLEDGE AGREEMENT - SEE ATTACHED<br><br><br>Value $　　　　　0.00 | | | | 47,390.00 | 47,390.00 |
| ACCOUNT NO.<br><br>THOMPSON JOAN<br>3808 EAST LAKE BURGEN RD<br>ALEXANDRIA MN 56308 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $　　　　　0.00 | | | | 18,260.00 | 18,260.00 |
| ACCOUNT NO.<br><br>URE LYN<br>921 CHARLES AVENUE<br>MANKATO MN 56001 | | | Security: PLEDGE AGREEMENT<br><br><br>Value $　　　　　0.00 | | | | 17,552.00 | 17,552.00 |
| ACCOUNT NO. 0403087631<br><br>WASHINGTON MUTUAL HOME LOANS, INC.<br>PO BO X3139<br>MILWAUKEE WI 53201 | | J | Security: HOMESTEAD LOCATED AT 1700 MARY LANE, NO MANKATO, MN LEGALLY DESCRIBED AS: IN NICOLLET COUNTY, MINNESOTA<br><br>Value $　　535,000.00 | | | | 398,000.00 | 0.00 |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors

Subtotal ▶ (Total of this page)　$ 550,412.00

Total ▶ (Use only on last page)　$ 8,953,634.00

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

## SUPPLEMENT TO SCHEDULE D

1. On July 2, 2001, Frank Gazzola assigned to Loren Norgaard a $100,000.00 promissory note dated May 22, 2001 issued by Bridge Lenders, LLC. The original principal amount is $100,000.00.

2. On July 12, 2001, Frank and Shirley Gazzola "pledged" the following securities:

| Certificate Number | Issuer | No. of Shares |
|---|---|---|
| 9223 | DMC Stratex Networks fka Digital Microwave Corp. | 2,500 |
| 9377 | DMC Stratex Networks fka Digital Microwave Corp. | 8,000 |
| 9378 | DMC Stratex Networks fka Digital Microwave Corp. | 8,000 |
| 9394 | DMC Stratex Networks fka Digital Microwave Corp. | 5,000 |
| 9389 | DMC Stratex Networks fka Digital Microwave Corp. | 5,000 |
| 21 | Catalytic Combustion Corp. | 373.334 |
| 55 | Catalytic Combustion Corp. | 30.8 |
| 57 | Catalytic Combustion Corp. | 400 |
| 59 | Catalytic Combustion Corp. | 1,036.666 |

were pledged to the individuals on the attached Exhibit D-1. A copy of the Pledge Agreement will be provided to the trustee.

3.    On December 29, 1995, Debtors executed a security agreement – pledge of shares
      in favor of Raymond A. Sanford and Dorothy M. Sanford covering the following
      securities:

| Certificate Number | Issuer | No. of Shares |
|---|---|---|
| Various | Innova | 2,931,632 |
| These shares were returned to Frank L. Gazzola on August 12, 1997. | | |
| Various | RHO Delta, Inc. | 82.56 |
| 16 & 35 | Phenix Biocomposites, Inc. | 22,972 |
| 2 & 34 | SGL, Inc. | 46,247 |

4.    On July 2, 2001, Debtors executed a Pledge Agreement in favor of Loren
      Norgaard and Diane Norgaard covering the same securities described in
      paragraph 2 above.

5.    On July 6, 2001, Debtors executed a Pledge Agreement in favor of David Hines
      and Nancy Hines (Nancy Hines is Debtors' daughter) for all common stock of
      Northern Star Financial, DMC Stratex fka Digital Microwave Corp., Catalytic
      Combustion Corp., all equity interest in and all subordinated debentures issued by
      Phenix Biocomposites, LLC, that certain promissory note in the amount of
      $100,000.00 due May 22, 2002 executed by Bridge Lenders, LLC, a $40,000.00
      promissory note executed January 23, 2001 due June 30, 2001 executed by
      Richard Lundin.

# PLEDGE AGREEMENT

THIS PLEDGE AGREEMENT, made and entered into as of this 12th day of July, 2001, by and between FRANK L. GAZZOLA and SHIRLEY A. GAZZOLA ("Pledgors") and MARK BAUMANN ("Pledgee"), as agent for the following (collectively, "Pledgee's Principals"):

Wanda Otten Borg
6145 Woodside S.E.
Salem, OR 97306

Joseph Cuomo
4 Gladys Drive
Spring Valley, NY 10977

Nicholas & Eileen Cuomo
935 Glenwood
West Hempstead, NY 11552

Olga & Pat Cuomo
935 Cleveland
West Hempstead, NY 11552

Margaret Grenhagen
6721 – 17th Avenue So.
Richfield, MN 55423

Shirley Hall
64 Walden
Burnsville, MN 55337

Clarence & Eldred Herbet
P.O. Box 244
Lake Crystal, MN 56055

Leone Hodapp
420 East Main
Mankato, MN 56001

Joyce Holtz, on behalf of the
 D'Antoni Family Trust
38 Cree Point Drive
Mankato, MN 56001

Joan Janzen
112968 Stone Creek Drive
Chaska, MN 55318

Darrell & June Juliar
59860 172nd Street
Mankato, MN 56001

Kevin & Donna Killion
Route 2, Box 174
No. Mankato, MN 56003

Mel & Joyce Larson
P.O. Box 245
Upsala, MN 56384

Eric & Kendra Lundhagen
1004 Oak Terrace
No. Mankato, MN 56003

Dorothy Maiers
325 Page Avenue No.
No. Mankato, MN 56003

Burton & Patt Meisel
105 West Glencrest
Mankato, MN 56001

Karin Merkert
3229 Leslie
Colorado Springs, CO 80909

Mary Faith Michel
3296 Hwy 201 South
Mountain Home, AR 72653

Marcia & Don Middleton
21109 Virginia Pine Terrace
Germantown, MD 20876

Joan Miller
Route 1, Box 129
Le Sueur, MN 56058

William & Mary Miller
Route 1, Box 499
Madison Lake, MN 56063

Peter & Mary Nolan
141 West Glencrest
Mankato, MN 56001

Howard & Virginia Peil
22822 – 214th Way
Queen Creek, AZ 85242

Donald Reemer
605 Park Avenue
Mountain Home, AR 72653

Thomas Richards
1118 Lori Lane
Mankato, MN 56001

Terry & Connie Robinson
P.O. Box 1215
Mankato, MN 56002

Dick Rivard
3589 Kahala Bay Lane
Las Vegas, NV 89147

Ray & Dorothy Sanford
27 Ridgewood
Mankato, MN 56001

Joanne Shupanitz
499 South Oak Drive
Anamosa, IA 52205

Alan Stewart
494 Estado Way
Novato, CA 94945

Joan Thompson
3808 East Lake Burgen Road
Alexandria, MN 56308

Lyn Ure
921 Charles Avenue
Mankato, MN 56001

William Reemer
106 N. Black Eagle Drive
Mankato, MN 56001

EXHIBIT _D 1_

In re **FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA**

Debtor

Case No. **01-34638**

(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ This Schedule E on the last sheet has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ 0 _____continuation sheets attached

In re **FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA**
_____
Debtor

Case No. **01-34638**
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NORTHQUEST ROBERT & CAROL <br><br> ST CROIX FALLS WI 54024 | | | | | | | 8,800.00 |
| ACCOUNT NO. <br><br> ONAGA BANK <br> FBO ANTHONY J GIEFER <br> 301 LEONARD <br> ONANA KS 66521 | | | | | | | 60,800.00 |
| ACCOUNT NO. <br><br> ONAGA BANK <br> FBO DOLORES MAIERS <br> 301 LEONARD <br> ONAGA KS 66521 | | | | | | | 31,000.00 |
| ACCOUNT NO. <br><br> PARTRIDGE WILLIAM S <br> 201 NO BROAD <br> SUITE 107 <br> MANKATO MN 56002 0550 | | | ATTORNEYS FOR ESTATE OF CAROLYN O. FERGUSON V. GAZZOLA ET AL. | | | | 0.00 |
| ACCOUNT NO. <br><br> PRINCE ROLLIE <br> 1020 - 17TH AVENUE <br> BLOOMER WI 54724 | | | | | | | 52,620.00 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

Sheet no. 4____of 7____sheets attached to Schedule of Creditors

Subtotal ▶ $      153,220.00

Total ▶ $

(Report total also on Summary of Schedule

In re <u>FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA</u>

Case No. <u>01-34638</u>

Debtor

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.3722 867199 71009<br><br>AMERICAN EXPRESS<br>PO BOX 297884<br>FT LAUDERDALE FL 33329 7884 | | | | | | | 50.00 |
| ACCOUNT NO.<br><br>BAKER SUSAN<br>455 GROVE STREET<br>UPPER MONTCLAIR NJ 07043 | | | | | | | 140,530.00 |
| ACCOUNT NO.<br><br>BERKLAND RANDALL C<br>BLETHEN GAGE ET AL.<br>127 SOUTH SECOND STREET<br>MANKATO MN 56001 | | | ATTORNEYS FOR DOROTHY & RAYMOND SANFORD V. FRANK & SHIRLEY GAZZOLA | | | | 0.00 |
| ACCOUNT NO.<br><br>CATALYTIC COMBUSTION CORP<br>709 - 21ST AVENUE<br>BLOOMER WI 54724 | | | | | | | 395,000.00 |

<u>   7   </u> continuation sheets attached

Subtotal ▶ $ 535,580.00

Total ▶ $

(Report total also on Summary of Schedule)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COMMUNITY SECURITY BANK 1100 - 1ST STREET NE NEW PRAGUE MN 56071 | | | | | | | 22,500.00 |
| ACCOUNT NO. DACHEL DAVE 710 EIGHT AVENUE BLOOMER WI 54724 | | | | | | | 90,950.00 |
| ACCOUNT NO. DARMER HOWARD 30583 HORIZON AVE CAMP DOUGLAS WI 54618 | | | | | | | 3,892.00 |
| ACCOUNT NO. ERWIN HOLLY SUE 10400 VINCENT AVENUE SO BLOOMINGTON MN 55431 | | | | | | | 4,650.00 |
| ACCOUNT NO. FASCHINGBAUER DONNIE 1428 X RAY DRIVE BLOOMER WI 54724 | | | | | | | 72,820.00 |

Sheet no. 1 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 194,812.00

Total ▶ $

(Report total also on Summary of Schedule

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA
                    Debtor

Case No. 01-34638
              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GAZZOLA GABRIELLE <br> 2015 HOWARD DRIVE <br> NO MANKATO MN 56003 | | | | | | | 35,430.00 |
| ACCOUNT NO. <br><br> GAZZOLA SAMUEL <br> 2015 HOWARD DRIVE <br> NO MANKATO MN 56003 | | | | | | | 29,230.00 |
| ACCOUNT NO. <br><br> HILL DANIEL D <br> 7373 KIRKWOOD COURT <br> SUITE 305 <br> MPLS MN 55369 | | | ATTORNEY FOR LEONHARDT - LISTED FOR NOTICE ONLY | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> KOEHLER BUD <br> 13211 - 182ND AVENUE <br> BLOOMER WI 54724 | | | | | | | 126,865.00 |
| ACCOUNT NO. <br><br> KOHLER LUCILLE <br> 420 EAST MAIN <br> MANKATO MN 56001 | | | | | | | 10,500.00 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc.- ver. 3.1.0-534 - 30593

Sheet no. 2 ____of 7 ____sheets attached to Schedule of Creditors

Subtotal ▶ $        202,025.00

Total ▶ $

(Report total also on Summary of Schedule

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KSA ARCHITECTS, INC.<br>526 SO 2ND<br>MANKATO MN 56001 | | | | | | | 140,484.00 |
| ACCOUNT NO.<br><br>LEONHARDT RANDY & KATHLEEN<br>7708 W 84TH ST CIRCLE<br>BLOOMINGTON MN 55438 | | | LISTED FOR NOTICE ONLY | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>MASLON EDELMAN BORMAN & BRAND<br>3300 WELLS FARGO CENTER<br>90 SO SEVENTH<br>MPLS MN 55402 4140 | | | | | | | 8,801.00 |
| ACCOUNT NO 5490 9954 2810 6295<br><br>MBNA AMERICA<br>PO BOX 15026<br>WILMINGTON DE 19850 5026 | | | | | | | 27,750.00 |
| ACCOUNT NO.<br><br>MERCHANTS STATE BANK OF LEWISVILLE<br>PO BOX 128<br>LEWISVILLE MN 56060 | | | | | | | 149,000.00 |

Sheet no. 3 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 326,035.00

Total ▶ $

(Report total also on Summary of Schedule

Bankruptcy2001 ©1991-2001, New Hope Software, Inc.-- ver. 3.1.0-534 -- 30593

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA
_____
Debtor

Case No. 01-34638
_____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| RHO DELTA INC 410 JACKSON #510 MANKATO MN 56001 | | | | | | | 24,460.00 |
| ACCOUNT NO. | | | ATTORNEYS FOR KSA ARCHITECTS, INC. ET AL. V. GAZZOLA ET AL. | | | | |
| RIEDY JOHN M 201 NO BROAD STREET SUITE 200 MANKATO MN 56002 0007 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| SEIFERT JAMES & BILLY 212 WILSON WAY MANKATO MN 56001 | | | | | | | 5,170.00 |
| ACCOUNT NO. | | | ATTORNEY FOR CAROLYN O. FERGUSON ESTATE V. GAZZOLA | | | | |
| SUR R CHRISTOPHER 3300 WELLS FARGO CENTER 90 SO SEVENTH ST MPLS MN 55402 4140 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THIEM PATRICIA 124 WEST 9TH MANKATO MN 56001 | | | | | | | 5,735.00 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

Sheet no. 5____of 7____sheets attached to Schedule of Creditors

Subtotal▶ $ 35,365.00

Total ▶ $

(Report total also on Summary of Schedule

In re **FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA**

Debtor

Case No. 01-34638

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THOMAS HELENE 100 TETON LANE MANKATO MN 56001 | | | | | | | 5,856.00 |
| ACCOUNT NO. PNTP 93761 | | | | | | | |
| UMB BANK FBO PETER NOLAN PO BOX 419692 KANSAS CITY MO 64141 6692 | | | | | | | 278,000.00 |
| ACCOUNT NO. PNTO 03779 | | | | | | | |
| UMB BANK FBO PETER NOLAN PO BOX 419692 KANSAS CITY MO 64141 6692 | | | | | | | 103,000.00 |
| ACCOUNT NO. PTNP 03753 | | | | | | | |
| UMB BANK FBO PETER NOLAN PO BOX 419692 KANSAS CITY MO 64141 6692 | | | | | | | 84,300.00 |
| ACCOUNT NO. | | | ATTORNEY FOR DAVID & NANCY HINES | | | | |
| WAHL EDWARD T 2200 WELLS FARGO CTR 90 SO SEVENTH ST MPLS MN 55402 3901 | | | | | | | 0.00 |

Sheet no. 6 of 7 sheets attached to Schedule of Creditors

Subtotal ▶ $ 471,156.00

Total ▶ $

(Report total also on Summary of Schedule

Bankruptcy2001 © 1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

In re FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No. 01-34638

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WEIR WILLIAM<br>1625 - 7TH AVENUE<br>BLOOMER WI 54724 | | | | | | | 66,168.00 |
| ACCOUNT NO 4190 0877 0323 8591<br><br>WORLDPERKS VISA GOLD<br>PO BOX 6301<br>FARGO ND 58125 6301 | | | | | | | 819.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 7 of 7 sheets attached to Schedule of Creditors

| | | |
|---|---|---|
| Subtotal ▶ | $ | 66,987.00 |
| Total ▶ | $ | 1,985,180.00 |

(Report total also on Summary of Schedule

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

FORM B6G
(10/89)

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re _____
Debtor

Case No. _____ 01-34638 _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

In re  FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA                    Case No. 01-34638
                    Debtor                                                            (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Case No. 01-34638

In re _____

_____
Debtor

_____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES<br>No dependents | AGE | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | CPA - AGE 73 | HOUSEWIFE - AGE 72 |
| Name of Employer | SEE ATTACHED | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 11,700.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 11,700.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 920.00 | $ 0.00 |
| b. Insurance | $ 80.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) (D)UNITED WAY | $ 100.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,100.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 10,600.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) (D)SOCIAL SECURITY (S)SOCIAL SECURITY | $ 1,703.00 | $ 704.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ | $ |
| (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 12,303.00 | $ 704.00 |

TOTAL COMBINED MONTHLY INCOME $ _____ 13,007.00 _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: ACCOUNTING PRACTICE WAGES WILL LIKELY DECLINE AND PHENIX BIOCOMPOSITES EMPLOYMNET IS EXPECTED TO END OR BE REDUCED

Bankruptcy2001 © 1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

FRANK LOUIS GAZZOLA                              BANKRUPTCY 01-34638
SHIRLEY ANN GAZZOLA

## ATTACHMENT TO SCHEDULE I


Frank Gazzola Employed by:        Frank L. Gazzola Chartered
                                  410 Jackson Street
                                  Suite 510
                                  Mankato, MN 56001
                                  14 years

                        and

                                  Phenix Biocomposites LLC
                                  4 months

FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

In re _____ ,    Case No. ___01-34638___
                  Debtor                                           (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

    Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,765.00 |
| Are real estate taxes included?    Yes _____ No ✓ | | |
| Is property insurance included?    Yes _____ No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 215.00 |
|             Water and sewer | $ | 65.00 |
|             Telephone | $ | 40.00 |
|             Other  CABLE | $ | 70.00 |
| Home maintenance (Repairs and upkeep) | $ | 75.00 |
| Food | $ | 600.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 190.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 250.00 |
| Charitable contributions | $ | 240.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|             Homeowner's or renter's | $ | 50.00 |
|             Life | $ | 1,200.00 |
|             Health | $ | 0.00 |
|             Auto | $ | 110.00 |
|             Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 225.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|             Auto | $ | 0.00 |
|             Other  MS BANK | $ | 1,962.00 |
|             Other  CS BANK | $ | 1,000.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 25.00 |
| Other _____ | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $   9,352.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each    N.A. | $ | N.A. |
|                          (interval) | | |

Bankruptcy2001 © 1991-2001, New Hope Software, Inc. - ver. 3.1.0-534  -  30593

Form B6-Cont.
(12/94)

In re    FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA              ,          Case No.    01-34638
                                              Debtor                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____28_____
sheets and that they are true and correct to the best of my knowledge, information and belief.          (Total shown on summary page plus 1)

Date ___11/26/01___                    Signature X _____
                                                                                    Debtor

Date ___11/26/01___                    Signature X _____
                                                                             (Joint Debtor, if any)

                                                            [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.

_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    _____
Signature of Bankruptcy Petition Preparer                                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

In Re ___FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA_____

(Name)

Debtor

Case No. ___01-34638_____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE (if more than one)

2001(H)        108,333.00       YEAR TO DATE

Bankruptcy2001 ©1991-2001, New Hope Software, Inc.~ver. 3.1.0-534 - 30593

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2000(H) | 111,472.00 | INCOME - DEBTORS TAX RETURNS ARE EXTREMELY INVOLVED AND REFLECTED TAX LOSSES FOR 2000 AND 1999 |
| 1999(H) | 114,017.00 | INCOME |

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2001(W) | | |
| 2000(W) | 184.00 | INCOME |
| 1999(W) | 414.00 | INCOME |

**2.  Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2001(H) | $300.00 | INTEREST |
| 2000(H) | $43,686.00 | INTEREST |

**3.  Payments to Creditors**

None ☐    a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHED | | | |

None ☐    b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHED | | | |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc.,ver. 3.1.0-534 - 30593

Question 3(a).

| Name | Check No. | | Amount | Date Paid |
|---|---|---|---|---|
| Northern Star Bank | Auto Withdraw | Auto payments | 3,906.78 | Various |
| Piepho Moving | 6264 | Moving | 753.5 | 08/14/2001 |
| Farrish Johnson | 6369 | Closing | 10,563.45 | 08/29/2001 |
| AICPA Ins. | Auto Withdraw | Life Ins. Prem. | 3,150.00 | Various |
| Merchants St. Bank | 5482 | Mo. Payment | 1,962.38 | 08/20/2001 |
| Merchants St. Bank | 6329 | Mo. Payment | 1,962.38 | 09/17/2001 |
| Community St. Bank | 5483 | Mo. Payment | 1,000.00 | 08/20/2001 |
| Community St. Bank | 6330 | Mo. Payment | 1,000.00 | 09/17/2001 |
| Visa | Auto Withdraw | 3 months | 1,372.68 | Various |
| Loren Norgaard | 5484 | | 1,887.20 | 08/20/2001 |
| Capital One | 5479 | Credit Card | 26.71 | 08/01/2001 |
| Capital One | 5485 | Credit Card | 10,000.00 | 08/24/2001 |
| Capital One | 6327 | Credit Card | 292.29 | 09/11/2001 |
| Maslon et al | 5456 | Legal | 9,566.00 | 08/24/2001 |
| Nicollet Co Treas | 5496 | Taxes | 689.00 | 10/15/2001 |
| Shirley Hall | 6321 | | 12,000.00 | 08/22/2001 |
| No Star Bank | 6335 | Mortgage | 2,762.70 | 09/28/2001 |
| Washington Mutual | Money Order | 2nd Mtg. | 13,813.50 | 10/26/2001 |
| John Gag | 6331 | Carpentry | 1,028.75 | 09/23/2001 |
| Mankato Golf Club | 5497 | Sept. | 531.33 | 10/27/2001 |
| Mankato Golf Club | 6332 | July/August | 952.18 | 09/28/2001 |
| Auto Owners Ins | 6334 | | 613.00 | 09/28/2001 |
| MBNA | 5474 | Credit Card | 485.76 | 08/21/2001 |
| MBNA | 6328 | Credit Card | 95.00 | 09/11/2001 |
| MBNA | 6333 | Credit Card | 492.00 | 09/28/2001 |
| MBNA | Money Order | Credit Card | 337.00 | 10/26/2001 |
| Joe Cuomo | 5834 | | 429.96 | 08/01/2001 |
| Joe Cuomo | 5849 | | 429.96 | 09/01/2001 |
| Joe Cuomo | 6735 | | 400.68 | 10/01/2001 |
| Karin Merkert | 5835 | | 634.44 | 08/01/2001 |
| Karin Merkert | 5850 | | 634.44 | 09/01/2001 |
| Karin Merkert | 6736 | | 613.97 | 10/01/2001 |
| Clarence Herbst | 5840 | | 1,200.00 | 08/01/2001 |
| Clarence Herbst | 5855 | | 1,200.00 | 09/01/2001 |
| Clarence Herbst | 6741 | | 1,200.00 | 10/01/2001 |
| Wanda OttenBorg | 5841 | | 848.46 | 08/01/2001 |
| Wanda OttenBorg | 5856 | | 848.46 | 09/01/2001 |
| Wanda OttenBorg | 6742 | | 790.68 | 10/01/2001 |
| The D'Antoni Trust | 6745 | | 2,000.00 | 10/01/2001 |
| Onaga Bank | 5844 | | 213.33 | 08/01/2001 |
| Onaga Bank | 5858 | | 213.33 | 09/01/2001 |
| Onaga Bank | 6744 | | 213.33 | 10/01/2001 |

Question 3(b)

| Paid To | Check No. | Relationship | Amount | Date Paid |
|---|---|---|---|---|
| Olga Cuomo | 5546 | Sister | 806.85 | 11/01/2000 |
|  | 5580 |  | 780.83 | 12/01/2000 |
|  | 5625 |  | 806.85 | 01/01/2001 |
|  | 5669 |  | 806.85 | 02/01/2001 |
|  | 5700 |  | 690.41 | 03/01/2001 |
|  | 5730 |  | 764.38 | 04/01/2001 |
|  | 5769 |  | 739.73 | 05/01/2001 |
|  | 5796 |  | 764.38 | 06/01/2001 |
|  | 5824 |  | 739.73 | 07/01/2001 |
|  | 5839 |  | 764.38 | 08/01/2001 |
|  | 5854 |  | 764.38 | 09/01/2001 |
|  | 6740 |  | 739.73 | 10/01/2001 |
| Nicholas Cuomo | 5542 | Nephew | 968.22 | 11/01/2000 |
|  | 5576 |  | 936.99 | 12/01/2000 |
|  | 5622 |  | 968.22 | 01/01/2001 |
|  | 5666 |  | 968.22 | 02/01/2001 |
|  | 5697 |  | 828.49 | 03/01/2001 |
|  | 5727 |  | 917.26 | 04/01/2001 |
|  | 5766 |  | 887.67 | 05/01/2001 |
|  | 5793 |  | 917.26 | 06/01/2001 |
|  | 5821 |  | 887.67 | 07/01/2001 |
|  | 5836 |  | 917.26 | 08/01/2001 |
|  | 5851 |  | 917.26 | 09/01/2001 |
|  | 6737 |  | 887.67 | 10/01/2001 |
| Patti Thiem | Bank Transfer | Daughter | 2,600.00 | 08/03/2001 |
| Gabrielle Gazzola | 5748 | Granddaughte-IRS | 662.00 | 04/12/2001 |
|  | 5749 | Granddaughter-MN | 131.00 | 04/12/2001 |
|  | 5777 |  | 2,500.00 | 05/04/2001 |
| Samuel Gazzola | 5750 | Grandson -IRS | 493.00 | 04/12/2001 |
|  | 5751 | Grandson - MN | 104.00 | 04/12/2001 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.　List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ESTATE OF CAROLYN O. FERGUSON BY SUSAN L. BAKER, PERSONAL REPRESENTATIVE VS. FRANK L. GAZZOLA; GAZZOLA & CO.; DAVID HINES; KSA ARCHITECTS, INC. 401(k) PLAN & TRUST; NANCY HINES; AND MARK BAUMANN | DECLARATORY JUDGMENT | COUNTY OF BLUE EARTH, FIFTH JUDICIAL DISTRICT | PENDING |
| DOROTHY M. SANFORD AND RAYMOND A. SANFORD VS. FRANK L. GAZZOLA AND SHIRLEY A. GAZZOLA | JUDGMENT | COUNTY OF BLUE EARTH, FIRST JUDICIAL DISTRICT | PENDING |
| KSA ARCHITECTS, INC. VS FRANK L. GAZZOLA, D/B/A GAZZOLA & CO., OR G & CO. KSA ARCHITECTS, INC., AS ADMINISTRATOR OF THE KSA ARCHITECTS, INC. 401(k) PROFIT SHARING PLAN AND TRUST VS FRANK L. GAZZOLA, D/B/A GAZZOLA & CO. AND/OR G & CO. | | COUNTY OF BLUE EARTH, FIFTH JUDICIAL DISTRICT | PENDING |

... 

None ☐ b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CATALYTIC COMBUSTION CORP. GARNISHED MY WAGES FOR A MONTH OR SO THIS SUMMER.  AFTER A MONTH OR SO THEY AGREED NOT TO THROUGH DECEMBER 31, 2001. | | |

**5.    Repossessions, foreclosures and returns**

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None ☒ a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Bankruptcy2001 © 1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND<br>LOCATION OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

Michael J. Iannacone                                             SEE STATEMENT OF ATTORNEY
SUITE 575
444 CEDAR STREET
ST. PAUL, MN 55101

**10. Other transfers**

Bankruptcy2001 © 1991-2001, New Hope Software, Inc. - ver. 3.1.0-534 - 30593

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| SOLD TWO VEHICLES TO HEINTZ PONTIAC CADILLAC, INC. | | RECEIVED $31,602.00 LESS BANK PAYOFFS OF $15,026.09 WITH A NET OF $16,575.91 |
| BABE RUTH AUTOGRAPH GIVEN TO LOREN NORGAARD AS COLLATERAL FOR LOAN IN AUGUST, 2001 IN THE AMOUNT OF $100,000.00 | JULY 2, 2001 | |
| DAVID E. NORRIS | AUGUST 17, 2001 | FORMER HOMESTEAD AT 224 CRESTWOOD DRIVE NO., MANKATO, MINNESOTA FOR $212,800.00 |
| FEERGUSON ESTATE/SUSAN BAKER, PERSONAL REPRESENTATIVE | JULY 13, 2001 | VARIOUS SECURITIES |
| GROUP PLEDGE | JULY 12, 2001 | SEE SUPPLEMENT TO SCHEDULE D |
| NANCY & DAVID HINES | JULY 6, 2001 | SEE SUPPLEMENT TO SCHEDULE D |
| LOREN & DIANE NORGAARD | JULY 2, 2001 | SEE SUPPLEMENT TO SCHEDULE D |

**11. Closed financial accounts**

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

**None** ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

**None** ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

**None** ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

**None** ☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 224 CRESTWOOD DRIVE NO. MANKATO, MN | SAME | 1967 THROUGH AUGUST 17, 2001 |

Bankruptcy2001 © 1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

**16. Spouses and Former Spouses**

None



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None



a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-534 - 30593

**18. Nature, location and name of business**

None ☐    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of thebusinesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| FRANK L. GAZZOLA, CHARTERED | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | FLG - 100% OWNER | |
| NORTHERN STAR FINANCIAL, INC. | | 1650 MADISON AVENUE MANKATO, MN 56001 | 32,000 + SHARES TRANSFERRED JULY, 2001. RESIGNED AS DIRECTOR/SEC/TREASURER AUGUST, 2001 | |
| NORTHERN STAR BANK | | 1650 MADISON AVENUE MANKATO, MN 56001 | SEE NORTHERN STAR FINANCIAL | |
| THE FAMILY BANK/VOYAGER BANK | | 107 SOUTH 2ND STREET MANKATO, MN 56001 | RESIGNED AS SEC/TREAS 3-4 YEARS AGO | |
| SGL, INC. | | 107 SOUTH 2ND STREET MANKATO, MN 56001 | SEE THE FAMILY BANK | |
| PHENIX BIOCOMPOSITES, LLC | | P.O. BOX 609 MANKATO, MN 56001 | DIRECTOR & CFO | |
| SIERRA DUBANA | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | PARTNERSHIP DORMANT | |
| RHO DELTA, INC. | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | SEC/TREAS, DIRECTOR. DORMANT. ONLY ASSET IS PBC DEBENTURES | |
| MITOR INDUSTRIES, INC. | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | DEFUNCT | |

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| INNOVA, INC. | | 3325 SOUTH 116TH STREET SEATTLE, WA 98168 | RESIGNED AS DIRECTOR 4 YEARS AGO | |
| CATALYTIC COMBUSTION CORP. | | 709 - 21ST AVENUE BLOOMER, WI 54724 | RESIGNED AS OFFICER AND DIRECTOR IN APPROXIMATELY JULY, 2001 | |
| VALLEY VIEW CABLE, INC. | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | DEFUNCT | |
| GAZZOLA AND COMPANY | | 410 JACKSON STREET SUITE 510 MANKATO, MN 56001 | DEBTORS ARE ONLY PARTNERS | |
| PHENIX BIOCOMPOSITS, INC. | | | OWNS LESS THAN 2% OF STOCK | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None
☒

a.   List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                      DATES SERVICES RENDERED

---

None ☒  b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement  of the debtor.

|     NAME     |     ADDRESS     |     DATES SERVICES RENDERED     |
|---|---|---|

---

None ☒  c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

|     NAME     |     ADDRESS     |
|---|---|

---

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| MERCHANTS STATE BANK<br>LEWISVILLE, MN 56060 | 11/25/99 & 5/2/01 |
| NORTHERN STAR BANK<br>1650 MADISON AVENUE<br>MANKATO, MN 56001 | 11/26/99 & 12/12/00 |
| NICOLLET COUNTY BANK<br>220 SO THIRD STREET<br>ST. PETER, MN  56082 | 8/2/00 |
| COMMUNICTY SECURITY BANK<br>1100 - 1ST NO.<br>NEW PRAGUE, MN 56071 | 8/14/00 |

---

**20.  Inventories**

None ☒  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☐    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| FRANK GAZZOLA  - 50% AND SHIRLEY GAZZOLA - 50% | GENERAL PARTNERS IN GAZZOLA & COMPANY | |

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __11/26/01__          Signature of Debtor   X _____ FRANK LOUIS GAZZOLA

Date __11/26/01__          Signature of Joint Debtor   X _____ SHIRLEY ANN GAZZOLA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

__0__ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

Form 88 (Official Form 8)
(9/97)

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## UNITED STATES BANKRUPTCY COURT

In re    FRANK LOUIS GAZZOLA & SHIRLEY ANN GAZZOLA

Debtor

Case No.   01-34638

Chapter   Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

    a. *Property to Be Surrendered*

    Description of Property            Creditor's name

NONE

    b. *Property to Be Retained.*            *[Check any applicable statement ]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| HOMESTEAD LOCATED .. | WASHINGTON MUTUA... | ✓ | | ✓ |
| HOMESTEAD LOCATED .. | NORTHERN STAR BAN.. | ✓ | | ✓ |

Date: _____    X _____
           Signature of Debtor    FRANK LOUIS GAZZOLA

Date: _____    X _____
           Signature of Joint Debtor    SHIRLEY ANN GAZZOLA

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____            _____
Signature of Bankruptcy Petition Preparer            Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                  Bankruptcy 01-34638

      Frank Louis Gazzola and Shirley Ann Gazzola,
            Debtor(s).                        **STATEMENT OF ATTORNEY**

      Michael J. Iannacone states and alleges:

1.     That he is the attorney for the debtor(s) in the above matter.

2.     That the compensation paid or promised to him for professional services rendered and to be rendered in connection with the case is $ _5,000.00_ , plus filing fees. The services rendered or to be rendered include the following:  (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;  (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;  (c) representation of the debtor(s) at the meeting of creditors;  (d) negotiations with creditors; and  (e) other services reasonably necessary to represent the debtor(s) in this case.  Providing, however, additional compensation at the attorney's normal hourly rate will be required for the defense of any adversary proceedings, post-petition agreement approvals or lien avoidance proceedings, if any.  **OMITTED CREDITORS WILL BE INCLUDED AT THE RATE OF $20.00 EACH.  IN THE EVENT IT IS NECESSARY TO RESCHEDULE THE FIRST MEETING OF CREDITORS AT DEBTOR'S REQUEST OR BECAUSE OF DEBTOR'S FAILURE TO APPEAR, DEBTOR AGREES TO PAY AN ADDITIONAL FEE OF $75.00 PLUS $1.00 FOR EACH CREDITOR OR OTHER PARTY LISTED ON DEBTOR'S SCHEDULES OR PARTY REQUESTING NOTICE.**  It is agreed that if the debtor(s) should fail to make full or partial payment of fees according to any written or oral agreement, attorney may withdraw as attorney for this case upon written notice to debtor(s).

3.     That to date the undersigned has been paid the sum of $ _5200 in_ . The source of which was as follows:  earnings, cash on hand _____ .

4.     That he has received no transfer, assignment or pledge of property except the following of the stated value: _____ .

5.     The promised balance remaining, if any, will be derived from earnings, wages, and compensation for earnings and _____ .

6.     That the undersigned has not shared or agreed to share with any persons, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows: _____ .

7.     That representation agreed to hereby **does not include** representation for any contested matter, including adversary proceedings, motions of any kind, lien avoidance actions, credit report disputes, removal of liens against real estate or any other matter in which an attorney may appear or represent me before the Bankruptcy Court, including negotiations on such matter. Michael J. Iannacone is not obligated to represent me in such contested matters and may decline to do so.  If Michael J. Iannacone consents to representation in such matters, I agree to pay additional attorney's fees at the rate of $230.00 per hour with a prepaid retainer as set by Michael J. Iannacone and paid before work is initiated on the contested matter.

Accepted:                                               Dated: _November 26, 2001_

x _____                               _____
_____                                 Michael J. Iannacone, #48719
                                                         444 Cedar Street, Suite 575
                                                         St. Paul, MN  55101

FORMS\ATTYSTAT.P